MARCH 29, 1948.

No. 618.   REEDER v. BANKS ET AL.   *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want

of a substantial federal question. *Solon W. Smith* for appellant. *Milton Keen* for appellees.